IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM PEARSON,

       Plaintiff,

vs.                                          CASE NO. 3:06cv175/RS

TRAVIS GREEN,

       Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Document 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's request for a writ of mandamus is denied.

ORDERED on May 31, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**